### IN THE MATTER OF THE SHIP CANAL FROM RIVER RAISIN TO LAKE ERIE.

JOURNAL ENTRIES: (1) April 13, 1835: petition filed, writ of ad quod damnum ordered issued, time fixed for return of inquisition, notice to land owners ordered given.

PAPERS IN FILE (1835): (1) Petition for writ of ad quod damnum; (2) writ of ad quod damnum, return, inquisition.
*File No.* 145.